# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BREWER REGAN, | Case No. CV 14-09658 SJO (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN JACK FOX, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 8, 2015.

*S. James Otero*

───────────────────────
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE